**Order entered June 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00335-CV

## IN THE INTEREST OF K.P., ET AL.

### On Appeal from the 304th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 11-556-W

## ORDER

Before the Court is motion to withdraw as appointed counsel for appellant filed by April E. Smith. We **GRANT** the motion. We **DIRECT** the Clerk of the Court to remove April E. Smith as counsel of record for appellant and to send a copy of the order and all future correspondence to appellant at her last known address.


/s/     JIM MOSELEY
           JUSTICE